UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YAAKOV GROSS, individually, and on           )
behalf of similarly situated consumers,      )
                                             )   Civil Action No.
            Plaintiff,                       )
v.                                           )
                                             )
EQUIFAX INFORMATION SERVICES LLC,  )
                                             )
            Defendant.                       )

## NOTICE OF REMOVAL

Defendant Equifax Information Services LLC ("Equifax"), by and through its

undersigned counsel, hereby files this Notice of Removal of this action from the Supreme Court

of the State of New York, Kings County, wherein it is now pending as Index No. 515345/2020,

to the United States District Court for the Eastern District of New York.  This Notice of Removal

is filed pursuant to 28 U.S.C. § 1332.  In support hereof, Defendants show this Court as follows:

1.      An action was filed on August 20, 2020 in the Supreme Court of the State of New

York, Kings County, entitled *Gross v. Equifax Information Services LLC*, Index No.

515345/2020 (the "State Court Action").

2.      Equifax executed a Waiver of the Service of Summons on August 24, 2020.

3.      This Notice is being filed with this Court within thirty (30) days after Equifax was

served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his

claims for relief.

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in

that this is a civil action arising under the Constitution, laws or treaties of the United States;

specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a)     Plaintiff's Complaint, on its face, alleges a violation of the FCRA. *See, e.g.,* Compl. ¶ 1 ("This is an action for damages arising from Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* (hereinafter 'CRA').").

(b)     The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.     Promptly after the filing of this Notice of Removal, Equifax will give written notice of the removal to Plaintiff and to the Clerk of the Kings County Supreme Court, New York, as required by 28 U.S.C. § 1446(d).

6.     Attached hereto, as Exhibit A, are copies of the Waiver of the Service of Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Dated: September 22, 2020.

KING & SPALDING LLP

*/s/ Ryan Gabay*
Ryan Gabay
1185 Avenue of the Americas
New York, NY 10036-2601
Phone:  212-556-2100
Fax:  212-556-2222
rgabay@kslaw.com

John C. Toro
(PHV Motion to be filed)
Meryl W. Roper
(PHV Motion to be filed)

1180 Peachtree Street
Atlanta, Georgia  30309
Phone:  (404) 572-4600
Fax:  (404) 572-5100
jtoro@kslaw.com
mroper@kslaw.com


Katherine M. Stein
(PHV Motion to be filed)
500 W. 2nd Street, Suite 1800
Austin, TX  78701
Phone:  (512) 457-2000
Fax:  (512) 457-2100
kstein@kslaw.com

*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed a true and correct copy of the

foregoing with the Clerk of the Court using the ECF system and via U.S. mail and email to the

following counsel of record:

Daniel Zemel
ZEMEL LAW, LLC
1373 Broad Street, Suite 203C
Clifton, New Jersey  07013
dz@zemellaw.com

This 22nd day of September, 2020.

/s/ Ryan Gabay
Ryan Gabay